DENNIS MCDONOUGH v. RAYMOND JORDA.

March 21, 1988.

Petition for certification denied.

DENNIS MCDONOUGH v. RAYMOND JORDA.

March 21, 1988.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. LARRY ODOM.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP P. HARRISON.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD GOODING.

March 21, 1988.

Petition for certification denied.